

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2015

No. 04-15-00655-CR

Matthew Jamal **JACKSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR0148
Honorable Ron Rangel, Judge Presiding

# O R D E R

Appellant has filed a *pro se* motion for substitution of counsel. The motion is DENIED. *See United States v. Gonzalez-Lopez*, 548 U.S. 140, 151 (2006) ("[T]he right to counsel of choice does not extend to defendants who require counsel to be appointed for them."); *Maes v. State*, 275 S.W.3d 68, 71 (Tex. App.—San Antonio 2008, no pet.) ("A defendant does not have the right to choose appointed counsel . . . .").

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court